UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY MANAGEMENT SERVICES, <br> Plaintiff, <br> v. <br> BEKA KULOSHVILI, et al., <br> Defendants. | Case No. 17-cv-02863-WHO <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING CASE TO SAN FRANCISCO SUPERIOR COURT** <br><br> Re: Dkt. No. 6 |

The court has reviewed Magistrate Judge James's Report and Recommendation to Remand this unlawful detainer case to San Francisco Superior Court. Dkt. No. 6. The time to file objections has passed and no objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is REMANDED to San Francisco Superior Court.

**IT IS SO ORDERED.**

Dated: June 14, 2017

WILLIAM H. ORRICK
United States District Judge